UNITED STATES DISTRICT COURT for the
CENTRAL DISTRICT of ILLINOIS

SAMUEL DICKERSON
PLAINTIFF

CASE NO

JACK CAMPBELL, ET-AL
DEFENDANT

# COMPLAINT

42 USC §1983 (State, County or municiple defendants) other Federal Law 1st 4th, 6th, 14th
42 USC §1985., 42 USC §12132 (ADA), 775 ILCS 5
UNKNOWN: LET THE COURT DECEIED., 215 ILCS 5/149
RICO 18 USC §1962

## 1. FEDERAL JURISDICTION

Jurisdiction is based on 28 USC §1331, a civil action arising under the United States Constitution or other federal law 28 USC §1407; Mode Penal Code 2.09 Duress., 42 USC §1981; 18 USC §3500; 15 USC §105 I et seq RICO 18 USC §1962

## 2. PARTIES

Plaintiff
FullName: SAMUEL DICKERSON
JAIL ID: 72379
Current: #1 Sheriff Plaza
ADDRESS: Springfield, IL 62701

DEFENDANTS

1.

FULL NAME: JACK CAMPBELL; Lt B. Loftus
CURRENT JOB: Sheriff of Sangamon County
WORK: Lt. William Smith, Lt. Tracy Brigae, c/o Mike Ward
ADDRESS: #1 Sheriff Plaza
         Spfld, IL. 62701

Defendant

2.      DAN WRIGHT
FULL NAME: Sangamon County State Attorney
TITLE: Illinois State Attorney
CURRENT WORK ADDRESS: 725 S. 2nd ST
         Spfld, IL. 62702


## LITIGATION HISTORY

1. Dickerson v. Doe, et al: 3:22-cv-3184-CSB
2. Dickerson v. Durant et al: 3:23-cv-3144-MMM
3. Dickerson v. Sangamon County State Attorney, et al
   3:23-cv-3150-SLD

## DATE AND Place of Occurance

Between 9-25-2021 to Current date, Spfld Illinois, Cases Involved Sangamon County 21-CF-829 and 22-CF-416

## STATEMENT of CLAIM

<u>Count 1</u>. Retaliation for First Amendment Protected conduct of filing three 42 USC§1983 Civil Suits against Springfield Police Officers, case No: 3:22-cv-3184-CSB on 9-12-2022-, County Jail Dr. Durant, case No: 3:23-cv-3144-MMM on 4-18-2023 and Sangamon County State Attorney, case No: 3:23-cv-3150-SLD on 4-21-2023 all non frivolous claims, by all named defendants in a wheel conspiracy

<u>Count 2</u>. Adverse Action directly and causal connection Denial of adequate health care, Confistation and denial of access to legal and religious material that came with me from McFarlands Mental Health Center on 1-24-2023-, Denial of Indigent Hygene Supplies and correspondance with the courts writing materials-, Soft back Legal and Law books ordered directly from the Publisher sent back for no legitiamate reasons; which is a offical practice of First, Fifth and Fourteenth Amendment of Sangamon County Jail <u>Sheriff Jack Campbell</u> whom all Jail Administrative and other subordinate officers of the Jail report directly to on the daily bases <u>Lt William Smith, Lt. Loftus and C/o Mike Ward</u>

(1)

which has severely impared my filing of new legal claims and litigating my pending claims cause me a direct actual injury and impaired my First Amendment right to be free from retaliation based on legal and religious activity. 42 USC §1983·, 42 USC §1981 throwing away and refusing to copy paper mail

<u>Count 3</u>. The State Attorney is maliciously prosecuting me without probable cause, Denging me Conflict free counsel, using fraudulent evidence and misrepresenting material facts in legal proceedings, conspiracy with court, Public defender and Police, witnessess, etc Fourth, Sixth, and Fourteenth Amendment, 42 USC §1983; 42 USC §1985 (State Law) Amicus Counsel Constructive and Imputed Knowledge.

<u>Count 4</u>. Selective and Vindictive Prosecution, Denial of Discovery, Abuse of Process, Abuse of Discovery, Racial and Sex Discrimination (State Law) 42 USC §1983; 42 USC §1981, 14th Amendment Racial Profiling

<u>Count 5</u>. Failure to intervene, 42 USC §1983·, Constructive and Imputed Knowledge

<u>Count 6</u>. Intentional Infliction of Emotional Distress (State law)·, 42 USC §1981 and 14th Amendment Due Process and Equal Protection Constructive and Imputed Knowledge.

(2)

<u>Count 7. Conspiracy to deny Access to court 42 USC §1983, 42 USC §1981 and Speedy Trial 4th, 6th and 14th Amendment; RICO 18 USC §1962</u>
<u>Count 8. Civil Conspiracy (State law) and RICO 18 USC §1962, Illegal Detention</u>
<u>Count 9. Respondant Superior (State law) Constructive and Imputed Knowledge.</u>
<u>Count 10. Indemnification (State law)</u>
<u>Count 11. Defamation and Libel (State Law) Constructive and Imputed Knowledge.</u>

<u>RELIEF REQUESTED</u>

For the Court to Grant immediate release from incarceration by Injunction and Appoint Counsel to assist me on my civil lawsuits and a lawyer and Special Prosecutor on my State Criminal cases to investigate and monitary relief, compesatory damages. 18 USC § 3626(a)(2) (Individual and Offical Capacity)

<u>SIGNED THIS</u> 4th day of JUNE 2023
3626(a)(

<u>SAMUEL DICKERSON</u>
<u>#1 Sheriff Plaza</u>       <u>ID# 72379</u>
<u>Springfield, IL. 62701</u>

(3)

SAMUEL DICKERSON 72379
#1 Sheriff Plaza
Springfield, IL. 62701




Springfield, IL P&DC 627
MON 05 JUN 2023 PM

Att: LEGAL MAIL

UNITED STATES DISTRICT COURT
600 E. Monroe ST Rm 151
Springfield, IL. 62701

**This Correspondence is From an INMATE At the Sangamon County Jail**